IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

LEVELLE SINGLETON,                    )
                                      )
            Petitioner,               )
                                      )  Civil No. 04-1790-TC
      v.                              )
                                      )  ORDER
BRIAN BELLEQUE, Superintendent,       )
Oregon State Penitentiary,            )
                                      )
            Respondent.               )
_____)

Magistrate Judge John P. Coffin filed Findings and Recommendation on November 22, 2006, in the above entitled case. The matter is now before me pursuant to 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). When either party objects to any portion of a magistrate judge's Findings and Recommendation, the district court must make a <u>de novo</u> determination of that portion of the magistrate judge's report. <u>See</u> 28 U.S.C. § 636(b)(1); <u>McDonnell Douglas Corp. v. Commodore Business Machines, Inc.</u>, 656 F.2d 1309, 1313 (9th Cir. 1981), <u>cert</u>. <u>denied</u>, 455 U.S. 920 (1982).

1    - ORDER

Petitioner has timely filed objections. I have, therefore, given de novo review of Magistrate Judge Coffin's rulings.

I find no error. Accordingly, I ADOPT Magistrate Judge Coffin's Findings and Recommendation filed November 22, 2006, in its entirety. Petitioner's amended petition for writ of habeas corpus (#6) is denied. This proceeding is dismissed.

IT IS SO ORDERED.

DATED this  17th  day of  Jan. , 2007.

_____
Michael R. Hogan
UNITED STATES DISTRICT JUDGE

2    - ORDER